■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORDAN B. AMOS, Appellant. [17 NYS3d 640]—

Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered March 27, 2013, convicting defendant, upon his plea of guilty, of criminal mischief in the second degree, and sentencing him to a term of one year, with restitution in the amount of $40,000, and directing defendant to execute a confession of judgment in that amount, unanimously modified, on the law, to the extent of reducing the amount of restitution and the confession of judgment from $40,000 to $30,000, and otherwise affirmed.

As the People concede, the amount of restitution and the confession of judgment should be modified to conform to the

unambiguous terms of the plea agreement. However, we see no reason to remand for further proceedings. Concur—Friedman, J.P., Sweeny, Saxe, Moskowitz and Gische, JJ.